IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA MARIE NETHERTON,   )<br>  )<br>     Plaintiff,   )<br>  )<br>-vs-   )   Case No. CIV-21-214-SM<br>  )<br>ANDREW M. SAUL,   )<br>COMMISSIONER OF SOCIAL   )<br>SECURITY,   )<br>  )<br>     Defendant.   )   | |

## **ORDER**

On April 13, 2021, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (doc. no. 4), recommending the court deny Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. Magistrate Judge Mitchell advised plaintiff of her right to file an objection to the Report and Recommendation on or before April 27, 2021 and further advised that failure to make timely objection to the Report and Recommendation waives her right to appellate review of the factual and legal issues therein contained.

No objection to the Report and Recommendation has been filed within the time prescribed by Magistrate Judge Mitchell. In addition, no request for an extension of time to file an objection has been filed. With no timely objection to the Report and Recommendation being filed, the court accepts, adopts, and affirms the recommended ruling in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell (doc. no. 4) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (doc. no.

2) is **DENIED**. Plaintiff is **DIRECTED** to pay the $402.00 filing fee within 21 days from the date of this order. Failure to pay the filing fee within the time prescribed shall be cause for dismissal of the action without prejudice to refiling. *See*, LCvR3.3(e).

IT IS SO ORDERED this 28th day of April, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0214p001.docx